I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-05-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL VELAZQUEZ,<br><br>Petitioner,<br><br>vs.<br><br>RAUL LOPEZ, Warden,<br><br>Respondent. | Case No. EDCV 10-0983-MMM (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 29, 2013

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY