I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Pro se
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-05-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6 / ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL VELAZQUEZ,<br><br>          Petitioner,<br><br>vs.<br><br>RAUL LOPEZ, Warden,<br><br>          Respondent. | Case No. EDCV 10-0983-MMM (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 29, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY